IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| PATRICK ONDRUS, | CV 18-28-BLG-TJC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| MICHAEL BARLOW, WILD WEST RAFTING, INC. | |
| Defendants. | |

Defendants Michael Barlow and Wild West Rafting, Inc. ("Defendants") have filed an unopposed motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 14.) Good cause appearing, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

Defendants' counsel, Steven M. Hamilton, may appear by telephone at the August 16, 2018 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 25th day of June, 2018.

TIMOTHY J. CAVAN
United States Magistrate Judge