# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| PATRIK ONDRUS<br><br>Plaintiff,<br>vs.<br><br>MICHAEL BARLOW AND WILD WEST RAFTING LLC,<br><br>Defendants | Cause No. CV-18-28-BLG-TJC<br><br>ORDER |

Before this Court is the unopposed motion filed by Defendants Michael Barlow and Wild West Rafting LLC requesting the Court allow Defendants' insurance carrier representative with settlement authority, Lance Brenn, Claims Litigation Analyst at K&K Insurance Group, to attend the settlement conference by telephone. Plaintiff's counsel does not object to this motion.

Based on the unopposed motion, and for good cause appearing;

**IT IS HEREBY ORDERED** that Defendant's unopposed motion is **GRANTED**. Defendants' insurance carrier representative with settlement authority shall be allowed to telephonically attend the December 13, 2018, settlement conference.

DATED this 10th day of December 2018.

/s/ John Johnston
John Johnston
United States Magistrate Judge