IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PATRIK ONDRUS,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL BARLOW, WILD WEST RAFTING LLC,<br><br>                Defendants. | CV 18-28-BLG-TJC<br><br>**ORDER** |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED.

DATED this 13th day of December, 2018.

                                                      TIMOTHY J. CAVAN
                                                      United States Magistrate Judge